IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID M. ELBAUM, D.O. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| THOMAS JEFFERSON UNIVERSITY HOSPITALS, INC. | : | NO. 13-1538 |

ORDER

And now, this 2nd day of September, 2014, upon consideration of our Order to show cause (docket entry #17), plaintiff Dr. David M. Elbaum's response, defendant Thomas Jefferson University Hospital's reply and motion to dismiss (docket entry #19), and Dr. Elbaum's response in opposition to the motion to dismiss, and based on the analysis set forth in the accompanying Memorandum, it is hereby ORDERED that:

1.    Defendant Thomas Jefferson University Hospital's motion to dismiss for failure to prosecute is DENIED;

2.    This case is REFERRED to arbitration to resolve the balance of the dispute; and

3.    Pending the outcome of the arbitration, this matter shall REMAIN in our Civil Suspense docket, and on the first business day of each calendar quarter (commencing on October 1, 2014) the parties shall SUBMIT to the Court a joint report as to the progress of the arbitration.

BY THE COURT:

/s/ Stewart Dalzell, J.
Stewart Dalzell, J.